IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                       CASE NO. 4:18cv310-RH-MJF

TOREY JOHNSON et al.,

    Defendants.

_____/

## ORDER GRANTING SUMMARY JUDGMENT IN PART

    This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 87. No objections have been filed.

    The recommendation correctly concludes that summary judgment should be credited for the defendants in part. The only claims that survive are the claims against the defendants Tyler Johnson and Heath Flanagan. Damages for mental or emotional injury will be available against Mr. Johnson but not against Mr. Flanagan.

    IT IS ORDERED:

    1. The report and recommendation is accepted as set out in this order

2. The defendants' motion for summary judgment, ECF No. 69, is granted in part.

3. All claims are dismissed with prejudice against these defendants: Torey Johnson, William Stephens, Melissa Comerford, Larry Childs, and James Revell.

4. All claims for injunctive relief are dismissed.

5. All claims against Mr. Flanagan for mental or emotional injury are dismissed.

6. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

7. The clerk must set a status conference by telephone.

SO ORDERED on June 7, 2020.

s/Robert L. Hinkle<br>United States District Judge